IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA TO SEARCH THE FOLLOWING PROPERTIES; 438 B STREET, TAFT, CALIFORNIA; 231 WARREN STREET, TAFT, CALIFORNIA; 203 JACKSON STREET, TAFT, CALIFORNIA; AND 424 LUCARD STREET, TAFT, CALIFORNIA | CASE NO. 5:14-SW-00017-JLT<br><br>ORDER TO UNSEAL SEARCH WARRANT<br><br>(Doc. 8) |

On motion of the United States and for good cause shown to unseal the application and affidavit for search warrants, and search warrant returns and the ExParte Application for Filing Search Warrant Affidavit and Related Documents in Camera in the above referenced matter.

IT IS HEREBY ORDERED that the search warrants and related filings be unsealed and be made public record.

IT IS SO ORDERED.

Dated:   **May 5, 2014**                              /s/ Jennifer L. Thurston
                                                                UNITED STATES MAGISTRATE JUDGE

Order to Unseal Search Warrant                 1